UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Paul Campbell, | Case No. 14-cv-96 PAM/FLN |
| Plaintiff, | |
| v. | **ORDER** |
| Bruce Reiser, Faribault Warden,<br>Greg Abbott, Texas Attorney General, | |
| Defendants. | |

This matter is before the Court on the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 16, 2015 (Docket No. 23). No objections have been filed to the Report and Recommendation in the time period permitted.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Report and Recommendation (Docket No. 23) is **ADOPTED**;

2. To the extent Petitioner claims he was unconstitutionally denied a preliminary parole revocation hearing by Respondent Bruce Reiser and parole agent William Linden, the Petition is **DENIED** and **DISMISSED WITH PREJUDICE**;

3. Respondent Greg Abbott's motion to dismiss for lack of jurisdiction (Docket No. 14) is **GRANTED**; and

4. To the extent Petitioner challenges the validity of the Texas detainer, the Petition is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: February 17, 2015

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge